IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01675-BNB

ANDRE' FRANK LEWIS, Pro. Se.,

    Plaintiff,

v.

HONORABLE JUDGE:  DANA NICHOLS,
JOHN COOKE, Sheriff of Weld County,
JOHN OR JANE DOE, Weld County Jail Mailroom Clerk,
JOHN DOE OR JANE DOE, Clerk of Combined Courts,
CHIEF GARNER, Greeley Chief of Police,
JANE DOE, City of Greeley Police Officer,
JOHN DOE, City of Greeley Police Officer,
JOHN DOE, City of Greeley Police Officer, and
MR. CLARK, Mayor for the City of Greeley,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a Motion to Amend the Complaint (Doc. # 5) on August 3, 2009.  In light of the Court's Order for an Amended Complaint filed on August 25, 2009, the Motion (#5) is DENIED as moot.

    Further, Plaintiff's Motion to Appoint Counsel (Doc. # 4) is DENIED as premature.

Dated:  August 26, 2009